IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADAM THOMAS PARNELL,<br>    Plaintiff,<br><br>vs.<br><br>TRADER'S HILL BOAT HOLDINGS<br>LLC, DAVID H. MARSHALL, RENATE<br>B. MARSHALL as Personal Representative<br>of the ESTATE OF DAVID HALL<br>MARSHALL, RENATE B. MARSHALL,<br>BONDY'S HOLDINGS, INC., *in personam*,<br>and M/V TRADERS HILL, *in rem,*<br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO. 22-00046-KD-B<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This action is before the Court on the unopposed motion to dismiss without prejudice filed by Plaintiff Adam Thomas Parnell (doc. 14). Parnell seeks dismissal without prejudice of all claims against Defendant Bondy's Holdings, Inc. He states that the remaining Defendants do not oppose the motion. To date, Bondy's has not filed an answer or otherwise appeared.

Parnell did not identify any legal or procedural grounds for Bondy's dismissal. However, Fed. R. Civ. P. 41(a)(1)(A)(i) appears appropriate. The Rule provides for voluntary dismissal of an action by the plaintiff "without a court by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Although drafted in terms of dismissal of an "action", the Rule "allows a plaintiff to dismiss all of his claims against a particular defendant" and the action remains pending as to other defendants. See Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004).

Accordingly, upon consideration, the motion is GRANTED and Defendant Bondy's Holdings, Inc, is dismissed without prejudice.

DONE and ORDERED this the 20th day of May 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE