IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADAM THOMAS PARNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 22-00046-KD-B |
| ) | |
| TRADER'S HILL BOAT HOLDINGS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on Plaintiff Adam Thomas Parnell's consent motion for leave to file first amended seaman's complaint for damages (doc. 22). He seeks leave to amend to clarify his maintenance and cure and unseaworthiness causes of action. Defendants Renate B. Marshall as personal representative of the Estate of David H. Marshall, Renate B. Marshall, and Trader's Hill Boat Holdings, LLC, join the motion as evidenced by their attorney's signature.

Review of Parnell's proposed "First Amended Seaman's Complaint for Damages" (doc. 22-1) indicates that he failed to comply with S.D. Ala. Civ. L. R. 15(a). The Rule states that "[a]ny amendment to a pleading, whether filed as a matter of course or upon motion to amend, must reproduce the entire pleading as amended and may not incorporate any prior pleading by reference." Parnell did not reproduce his entire pleading as amended. Instead, his proposed amended complaint cites to paragraphs of the original complaint that Parnell "wishes to amend" and indicates the amendment he seeks (doc. 22-1). Accordingly, the motion (doc 22) is **DENIED with leave to refile** with a revised proposed amended complaint that complies with S.D. Ala. Civ. L.R. 15(b), i.e, a reproduction of the entire pleading as amended.

Additionally, Parnell named Bondy's Holdings, Inc. as defendant in the proposed

amended complaint. However, on Parnell's motion (doc. 14), Bondy's was previously dismissed without prejudice and terminated as a defendant (doc. 15). Also, Parnell did not move the Court to add Bondy's as a defendant (doc. 22). Thus, it is unclear whether naming Bondy's was an oversight or whether Parnell intends to name Bondy's as a defendant in his proposed amended complaint.

    DONE and ORDERED this the 28th day of September 2022.

s/ Kristi K. DuBose<br>KRISTI K. DuBOSE<br>UNITED STATES DISTRICT JUDGE