IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADAM THOMAS PARNELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 22-00046-KD-B |
| | ) |
| TRADER'S HILL BOAT HOLDINGS, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

This action is before the Court on the Notice of Settlement in Principle (doc. 49). The parties agreed in principle to a settlement but request additional time, approximately thirty (30) days, to finalize the settlement.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate this action within thirty (30) days of the date of this Order** should the settlement not be finalized. Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

DONE and ORDERED this the 3rd day of August 2023.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE